| | AUSA: | Barbara Lanning | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Michael Jacobs | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

   v.

Clayton Armstrong III

Case: 2:25−mj−30477
Assigned To : Unassigned
Assign. Date : 7/24/2025
Description: CMP USA v Armstrong
III (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 23, 2025_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Jacobs, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  _July 24, 2025_____

_____
*Judge's signature*

City and state:  _Detroit, MI_____

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Special Agent Michael Jacobs, being first duly sworn, hereby depose and state as follows:

### I.    INTRODUCTION

1.    I have been employed as a Special Agent with the Bureau of Alcohol Tobacco, Firearms and Explosives (ATF) since March of 2016.  I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training.  I have a bachelor's degree in criminal justice.

2.    Before my employment with ATF, I was a Police Officer with the Wayne State University Police Department for approximately eight (8) years. During my time with the Wayne State University Police Department, I was assigned to the Federal Bureau of Investigation (FBI) Detroit Violent Crimes/Violent Gangs Task Force (VCTF/VGTF) for approximately two (2) years and the Detroit FBI Narcotics Conspiracy Task Force (Detroit Conspiracy One) as a Task Force Officer (TFO) for approximately two (2) years.

3.    This affidavit is based on my personal knowledge based on my participation in this investigation. My information comes from my review of police reports and information obtained from other law enforcement; and information gained through my training and experience. This affidavit merely establishes

1

sufficient probable cause for the requested warrant and does not set forth all the facts known to law enforcement regarding this investigation.

4.     ATF is currently investigating Clayton Nole Armstrong III (B/M, XX/XX/XX89) for violating 18 U.S.C. § 922(g)(1) – being a felon in possession of a firearm.

## PROBABLE CAUSE

5.     On July 23rd, 2025, at approximately 10:05 p.m., Detroit Police officers patrolling the area of San Juan Street and Puritan Ave in Detroit, Michigan observed an individual, later identified as Clayton Nole ARMSTRONG III, on the sidewalk near Suan Juan Street and Puritan Ave. Based on their observations of ARMSTRONG, officers believed ARMSTRONG III was been armed with a pistol and stopped their scout car to investigate.

6.     As the officers approached ARMSTRONG III, they clearly observed the imprint of a firearm handle on ARMSTRONG III's right side, concealed under a tight-fitting tee shirt. Officers asked ARMSTRONG III if he had a concealed pistol license, as required by Michigan law in order to carry a concealed firearm. ARMSTRONG III stated he did not.

7.     Officers placed ARMSTRONG III into handcuffs and recovered a dark colored CZ model 52, 7.65x25mm handgun bearing serial number D06799, with a loaded magazine from a holster attached to ARMSTRONG III's waistband.

2

Officers checked ARMSTRONG III through the Michigan Law Enforcement

Information Network and found that he did not have a license to carry a concealed

pistol. ARMSTRONG III was placed under arrest for illegally carrying a concealed

pistol.

8.      I am an ATF interstate nexus agent. I have specialized knowledge

experience and training as it relates to firearms and firearms identification. I was

provided with a description of the CZ model 52, 7.65x25mm handgun bearing

serial number D06799. Based on that review and the information provided, and

without physically inspecting the firearm, it is my opinion the CZ model 52,

7.65x25mm handgun bearing serial number D06799 is a firearm as defined under

18 U.S.C. § 921(a)(3) and was manufactured outside the State of Michigan, and

therefore previously traveled in interstate or foreign commerce.

9.      I reviewed a computerized criminal history (CCH) regarding

ARMSTRONG III and saw that ARMSTRONG III was convicted of the following

felony offenses:

   a.  On or about August 31, 2007, ARMSTRONG III was arrested and

       charged with home invasion and larceny in a building. ARMSTRONG

       III later pleaded guilty to one count of home invasion-second degree

       in Wayne County's Third Circuit Court. On September 20, 2007,

       ARMSTRONG III was sentenced to probation under the Holmes

3

Youthful Trainee Act (HYTA). ARMSTRONG III violated probation, and on January 13, 2009, ARMSTRONG III's HYTA status was revoked.

b.  On or about May 28, 2012, ARMSTRONG III was arrested and charged with armed robbery. ARMSTRONG III later pleaded guilty as charged in Macomb County's 16th Circuit Court. On July 25, 2013, ARMSTRONG III was sentenced to 81-240 months' incarceration with the Michigan Department of Corrections.

c.  On September 13, 2020, ARMSTRONG III was arrested for illegally possessing a firearm. On September 18, 2020, ARMSTRONG III was charged in the United States District Court for the Eastern District of Michigan with felon in possession of a firearm. ARMSTRONG III later pleaded guilty as charged. ARMSTRONG III was sentenced to 6 months' incarceration followed by 18 months of supervised release.

10.   Based on the number of ARMSTRONG III's felony convictions, the severity of those convictions, and the fact that ARMSTRONG III has been previously convicted of the offense felon in possession of a firearm, probable cause exists that ARMSTRONG III is aware of his status as a convicted felon. Moreover, based on my training and experience, when an individual pleads guilty to a felony, as in this case, the court advises the defendant they are pleading guilty to a felony.

4

## **CONCLUSION**

11.    Based upon the aforementioned facts stated herein, there is probable cause to believe Clayton Nole ARMSTRONG III, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a CZ model 52, 7.65x25mm handgun bearing serial number D06799 said firearm having travelled in and affected interstate commerce, in violation of 18 U.S.C. 922(g)(1).  This violation occurred on or about July 23, 2025, in Detroit, Michigan, in the Eastern District of Michigan.

Respectfully submitted,

Michael Jacobs
Special Agent, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

Dated:  July 24, 2025